# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY H. LUCAS; STANLEY H. LUCAS dba LUCAS AUTOMOTIVE ENGINEERING and LUCAS AUTOMOTIVE, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC INSURANCE COMPANIES; EMC INSURANCE GROUP, INC.; and EMPLOYERS MUTUAL CASUALTY COMPANY, INC., an Iowa Corporation dba EMC INSURANCE,<br><br>Defendants. | Case No.:   3:19-cv-00205-LRH-WGC<br><br>**STIPULATED AND ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter having been fully compromised and settled, it is hereby stipulated by and between Plaintiffs, Stanley H. Lucas and Stanley H. Lucas dba Lucas Automotive Engineering and Lucas Automotive, Inc., by and through their undersigned counsel, and Defendants, EMC Insurance Companies, EMC Insurance Group, Inc. and Employers Mutual Casualty Company, Inc. dba EMC

///

///

///

///

1

Insurance, by and through their undersigned counsel, that this matter be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 19 day of December 2019.

| | |
|---|---|
| **WALSH & ROSEVEAR** | **FORGAN GLENNON PALANDECH PONZI & RUDOLFF PC** |
| */s/ James M. Walsh* | */s/ Lee Gorlin* |
| JAMES M. WALSH, ESQ. (Bar No. 796)<br>ANTHONY J. WALSH, ESQ. (Bar No. 14128)<br>9468 Double R Blvd., Suite A<br>Reno, Nevada 89521<br>(775) 853-0883<br>Attorney for Plaintiff | AMY M. SAMBERG (Bar No. 10212)<br>400 East Van Buren Street, Suite 550<br>Phoenix, Arizona 85004<br><br>LEE H. GORLIN, ESQ. (Bar No. 13879)<br>2200 Paseo Verde Pkwy, Suite 280<br>Henderson, Nevada 89052<br>(702) 827-1510<br>Attorney for Defendants |

**IT IS SO ORDERED:**

DATED this 23rd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE